# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED
SEP 13 PM 3:02

E-filing

UNITED STATES OF AMERICA,

v.

JESUS ROBLEDO-DUENAS
a/k/a Jesus Robledo

CR 07 0587 MMC

DEFENDANT.

# INDICTMENT

A true bill.

_____
Foreman

Filed in open court this 13TH day of September 2007

_____
Clerk

Bail, $ No bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-filing*

**DEFENDANT - U.S.**

▶ JESUS ROBLEDO-DUENAS, a/k/a Jesus Robledo

**DISTRICT COURT NUMBER**

CR 07 0587 MMC

### PENALTY:

Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DEREK R. OWENS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No
If "Yes" give date filed  1/31/2007

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6             E-filing
7
8
9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )  Criminal No.
                                      )
14 |      Plaintiff,                  )
                                      )  VIOLATION: 8 U.S.C. § 1326 – Illegal
15 | v.                               )  Reentry by an Alien After Deportation
                                      )
16 | JESUS ROBLEDO-DUENAS,            )
          a/k/a Jesus Robledo,        )  SAN FRANCISCO VENUE
17 |                                  )
          Defendant.                  )
18 |_____)

19

20                    I N D I C T M E N T

21  The Grand Jury charges:

22      On or about February 7, 2007, the defendant,

23                  JESUS ROBLEDO-DUENAS,
24                    a/k/a Jesus Robledo,

25  an alien, having been previously excluded, deported and removed from the United States to
26  Mexico, was found in the Northern District of California, the Attorney General of the United
27  States or the Secretary for the Department of Homeland Security not having expressly consented
28  to a reapplication by the defendant for admission into the United States, in violation of Title 8,

INDICTMENT                           1

(Filed stamp: 07 SEP 13 PM 3:02 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

1 | United States Code, Section 1326.
2 |
3 | DATED:                                    A TRUE BILL.
4 |
5 |                                           /s/ FOREPERSON
6 |
7 |
8 | SCOTT N. SCHOOLS
  | United States Attorney
9 |
10|  /s/
  | Gregg Lowder
11| Deputy Chief, Major Crimes Division
12|
13|
14| (Approved as to form:  /s/                )
  |                      AUSA OWENS

INDICTMENT                              2