UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: SEP 1 9 2007

E-filing

Case No. CR-07-0587 MMC     JUDGE: Maxine M. Chesney

Defendant: JESUS ROBLEDO-DUENAS *   Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: DEREK OWENS     ATTORNEY FOR DEFENDANT: GEOFFREY HANSEN

Deputy Clerk: TRACY LUCERO     Reporter: KATHERINE POWELL

**PROCEEDINGS**

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Counsel have reached agreement — Fast Track case.

* Spanish Interpreter - Melinda Basker

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 10/24/07 @ 2:30 for Change of Plea & Sentencing

EXCLUDABLE DELAY (Category) Preparation of Counsel   Begins SEP 1 9 2007   Ends 10/24/07

cc: Chamber file