UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: OCT 24 2007

Case No. CR-07-0587 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: JESUS ROBLEDO-DUENAS *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: DEREK OWENS

ATTORNEY FOR DEFENDANT: GEOFFREY HANSEN

Deputy Clerk: TRACY LUCERO

Reporter: CATHERINE EDWARDS

## PROCEEDINGS

REASON FOR HEARING: Change of Plea & Judgment & Sentencing

RESULT OF HEARING: Plea Agreement filed w/ Court. Δ pled guilty to Count one of indictment. Sentence - 21 months in custody, 3 years supervised release, no weapons, $100 special assessment.

USPO - Constance Cook
* Spanish interpreter - Melinda Basker

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____