IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESUS ROBLEDO-DUENAS,<br><br>　　　　　Defendant.<br>_____ / | No. CR 07-0587-01 MMC<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

　　☒　Presentence Report

　　☒　Plea Agreement

　　☒　Statement of Reasons

　　☐　_____
　　　　(Other)

**IT IS SO ORDERED.**

Dated: October 26, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE